

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LETICIA NARVAIS, | § | |
| | § | No. 08-24-00037-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | |
| | § | 229th Judicial District Court |
| ANHEUSER-BUSCH, LLC; ANHEUSER-BUSCH COMPANIES, LLC; ANHEUSER-BUSCH COMMERCIAL STRATEGY, LLC; and BUD LIGHT, | § | of Duval County, Texas |
| | § | (TC# DC-20-63) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF NOVEMBER 2024.


GINA M. PALAFOX, Justice

Before Palafox and Soto, JJ., and Rodriguez, C.J. (Senior Judge)
Rodriguez, C.J. (Senior Judge) (sitting by assignment)